B 10(Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re: SCOTT TANNER AND AMANDA TANNER   Case No: 11-32441
   Debtor(s)                            Chapter: 13

## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

If you hold a claim secured by a security Interest In the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor(s)' principal residence. File this form as a supplement to your proof of claim. See bankruptcy Rule 30021.

**Name of Creditor**: Waterfall Victoria Geneva House I, LLC, by Statebridge Company, LLC as servicer.

Court Claim No.(if known): 22

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX1395

Does this notice supplement a prior notice of postpetition fees, expenses and charges?
☒ No
☐ Yes. Date of the last notice _____/_____/_____

### Part 1: Itemized Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charge | | (1) | $ 0.00 |
| 2 | Non- sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3 | Attorney fees | | (3) | $ 0.00 |
| 4 | Filing fees and court costs | | (4) | $ 0.00 |
| 5 | Bankruptcy/Proof of Claim fees | | (5) | $ 0.00 |
| 6 | Appraisal/ Broker's price opinion fees | | (6) | $ 0.00 |
| 7 | Property Inspection fees | | (7) | $ 0.00 |
| 8 | Tax advances (non escrow) | | (8) | $ 0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10 | Property preservation expenses. Specify | | (10) | $ 0.00 |
| 11 | Other. Paid Off Tax Loan to Tax Ease | 01/12/2012 | (11) | $ 27,758.13 |
| 12 | Other. Specify _____ | | (12) | $ |
| 13 | Other. Specify _____ | | (13) | $ |
| 14 | Other. Specify _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C § 1322(b)(5) and Bankruptcy Rule 3002.1.

11-10665

B 10(Supplement 2) (12/11)

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any)

I declare under the penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

_____
Signature

Date: 7/18/12, 2012

Print: __David__ . __McDonnell__
       First Name  Middle Name  Last Name

Title: Managing Director

Company:
 Statebridge Company, LLC
4600 S. Syracuse Street, Suite 700
Denver, CO 80237

11-10665